UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: DELFINO, WAYNE J. § | Case No. 11-36103 |
|      DELFINO, VALERIE K. § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on January 10, 2014 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/01/2013　　　By: /s/JOHN E. GIERUM
　　　　　　　　　　　　　　　　　　　　Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: DELFINO, WAYNE J. | § | Case No. 11-36103 |
| DELFINO, VALERIE K. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,000.00 |
| *and approved disbursements of* | $ 7,010.40 |
| *leaving a balance on hand of* [1] | $ 17,989.60 |

**Balance on hand:**  $ 17,989.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 17,989.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 3,250.00 | 0.00 | 3,250.00 |

Total to be paid for chapter 7 administration expenses:  $ 3,250.00
Remaining balance:  $ 14,739.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 14,739.60

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,087.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 2,119.38 | 2,119.38 | 0.00 |
| 7P | Department of the Treasury | 3,968.02 | 3,968.02 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,739.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 239,601.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Illinois Department of Revenue | 1,539.78 | 0.00 | 94.73 |
| 3 | Atlas Acquisitions LLC (Sears - Sears) | 5,222.66 | 0.00 | 321.28 |
| 4 | Eastern Savings Bank | 227,803.26 | 0.00 | 14,013.81 |
| 5 | Bannockburn Radiology Center | 688.33 | 0.00 | 42.34 |
| 6 | Capital One Bank (USA), N.A. | 1,836.31 | 0.00 | 112.96 |
| 7U | Department of the Treasury | 203.62 | 0.00 | 12.53 |
| 8 | Lawn Man Services, Inc. | 2,307.50 | 0.00 | 141.95 |

Total to be paid for timely general unsecured claims: $ 14,739.60
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Wayne J. Delfino  
Valerie K. Delfino  
    Debtors

Case No. 11-36103-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: esullivan     Page 1 of 2     Date Rcvd: Dec 03, 2013  
                Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2013.

```
db/jdb      +Wayne J. Delfino,  Valerie K. Delfino,   8109 Boulder Ct.,    Long Grove, IL 60047-5246
17756505    +Animal Medical Center at,   Fort Sheridan,   720 N. Sheridan Rd.,   Highwood, IL 60040-1002
18484833    +Atlas Acquisitions LLC    (Sears - Sears),   294 Union St.,   Hackensack, NJ 07601-4303
17756506   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   PO Box 85520,   Richmond, VA 23285)
18594348     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
17756507    +Castino Painting Co.,   3 Rolling Ridge Rd.,   Winnetka, IL 60093-1013
17786618    +Eastern Savings Bank,   c/o Klein, Daday, Aretos &,   O'Donoghue, LLC,
             2550 W.Golf Rd., Suite 250,   Rolling Meadows, IL 60008-4014
17756510    +Eastern Savings Bank,   Executive Plaza,   11350 McCormick Rd., Ste. 200,
             Hunt Valley, MD 21031-1002
17756511    +Emigrant Mortgage Co.,   5 E. 42nd St.,   New York, NY 10017-6904
18251523    +Illinois Department of Revenue,   GC Services Limited Partnership,   P.O. Box 79 (037),
             Elgin, IL 60121-0079
18479960     Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
18255365    +Illinois Department of Revenue,   c/o GC Services Limited Partnership,   P O Box 79 (037),
             Elgin, IL 60121-0079
17756513    +Joel A. D'Alba,   Asher Gittler Greenfield & D'Alba,   200 W. Jackson Blvd., Ste. 1900,
             Chicago, IL 60606-6942
17756514    +Joel F. Handler,   55 W. Wacker Dr.,   Suite 950,   Chicago, IL 60601-1794
17756515    +Lawn Man Services, Inc.,   PO Box 8905,   Waukegan, IL 60079-8905
17756516    +Luke Sauter,   c/o Buffalo Grove Bank & Trust,   200 N. Buffalo Grove Rd.,
             Buffalo Grove, IL 60089-1747
17756517    +Nannette Menkling,   c/o Jeff Thut, Esq.,   516 N. Milwaukee Ave.,   Libertyville, IL 60048-2019
17756518    +North Shore Gas,   Attn: Customer Service,   130 E. Randolph Dr.,   Chicago, IL 60601-6203
17756520    +Northern Trust Co.,   PO Box 92992,   Chicago, IL 60675-2992
17756521    +Peoples Energy,   130 E. Randolph,   Chicago, IL 60601-6302
17756522     The City of Lake Forest,   800 N. Field Dr.,   Kenilworth, IL 60043
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17812891    +E-mail/Text: bnc@atlasacq.com Dec 04 2013 02:07:41     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303,   Attn Avi Schild
18540373    +E-mail/Text: contact@csicollects.com Dec 04 2013 02:16:31     Bannockburn Radiology Center,
             c/o Certified Services Inc.,   P O Box 177,   Waukegan, IL 60079-0177
17756508    +E-mail/Text: contact@csicollects.com Dec 04 2013 02:16:31     Certified Services,
             1733 Washington St., #2,   Waukegan, IL 60085-5192
17756509    +Fax: 309-828-9314 Dec 04 2013 02:52:36      Creditors Alliance,   PO Box 1288,
             Bloomington, IL 61702-1288
17756512     E-mail/Text: cio.bncmail@irs.gov Dec 04 2013 02:07:58     Dept of the Treasury,
             Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
17756519     E-mail/Text: ucmail@northshoresanitary.org Dec 04 2013 02:08:12     North Shore Sanitary District,
             PO Box 2140,   Bedford Park, IL 60499-2140
20722372     E-mail/PDF: rmscedi@recoverycorp.com Dec 04 2013 02:19:03
             Recovery Management Systems Corporation,   c/o Ramesh Singh,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2013                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: esullivan              Page 2 of 2                  Date Rcvd: Dec 03, 2013
                               Form ID: pdf006             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2013 at the address(es) listed below:
              Joel F Handler    on behalf of Plaintiff Joel F Handler jhandler@handlerlawgroup.com
              John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,    IL25@ecfcbis.com
              John E Gierum    jgierum@7trustee.net,    IL25@ecfcbis.com
              Jonathan N Rogers    on behalf of Creditor    Eastern Savings Bank jrogers@skdaglaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott R Clar    on behalf of Debtor Wayne J. Delfino sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Scott R Clar    on behalf of Joint Debtor Valerie K. Delfino sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Scott R Clar    on behalf of Defendant Valerie K. Delfino sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Scott R Clar    on behalf of Defendant Wayne J. Delfino sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
                                                                                             TOTAL: 9
```