# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DELFINO, WAYNE J.          § Case No. 11-36103
       DELFINO, VALERIE K.          §
                                                                  §
Debtor(s)                                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $13,850.00            Assets Exempt: $13,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,827.00     Claims Discharged
                                                                 Without Payment: $224,861.86

Total Expenses of Administration: $4,173.00

---

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,173.00 | 4,173.00 | 4,173.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,087.40 | 6,087.40 | 6,087.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 239,601.46 | 239,601.46 | 14,739.60 |
| **TOTAL DISBURSEMENTS** | $0.00 | $249,861.86 | $249,861.86 | $25,000.00 |

4) This case was originally filed under Chapter 7 on September 02, 2011. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/27/2014          By: /s/JOHN E. GIERUM
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| $25,000 inheritance from Aunt - Constance C. Sch | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 27.06 | 27.06 | 27.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.32 | 27.32 | 27.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.17 | 51.17 | 51.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.36 | 49.36 | 49.36 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 56.07 | 56.07 | 56.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.15 | 49.15 | 49.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.13 | 54.13 | 54.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.32 | 52.32 | 52.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.16 | 47.16 | 47.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.47 | 55.47 | 55.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.32 | 50.32 | 50.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.54 | 48.54 | 48.54 |
| Rabobank, N.A. | 2600-000 | N/A | 37.51 | 37.51 | 37.51 |
| Rabobank, N.A. | 2600-000 | N/A | 32.76 | 32.76 | 32.76 |
| Rabobank, N.A. | 2600-000 | N/A | 33.87 | 33.87 | 33.87 |
| Rabobank, N.A. | 2600-000 | N/A | 37.32 | 37.32 | 37.32 |
| Rabobank, N.A. | 2600-000 | N/A | 36.10 | 36.10 | 36.10 |
| Rabobank, N.A. | 2600-000 | N/A | 32.55 | 32.55 | 32.55 |
| Rabobank, N.A. | 2600-000 | N/A | 38.32 | 38.32 | 38.32 |
| Rabobank, N.A. | 2600-000 | N/A | 34.78 | 34.78 | 34.78 |
| Rabobank, N.A. | 2600-000 | N/A | 33.57 | 33.57 | 33.57 |
| Rabobank, N.A. | 2600-000 | N/A | 38.15 | 38.15 | 38.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,173.00 | $4,173.00 | $4,173.00 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 5800-000 | N/A | 2,119.38 | 2,119.38 | 2,119.38 |
| 7P | Department of the Treasury | 5800-000 | N/A | 3,968.02 | 3,968.02 | 3,968.02 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,087.40 | $6,087.40 | $6,087.40 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Illinois Department of Revenue | 7100-000 | N/A | 1,539.78 | 1,539.78 | 94.73 |
| 3 | Atlas Acquisitions LLC (Sears - Sears) | 7100-000 | N/A | 5,222.66 | 5,222.66 | 321.28 |
| 4 | Eastern Savings Bank | 7100-000 | N/A | 227,803.26 | 227,803.26 | 14,013.81 |
| 5 | Bannockburn Radiology Center | 7100-000 | N/A | 688.33 | 688.33 | 42.34 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,836.31 | 1,836.31 | 112.96 |
| 7U | Department of the Treasury | 7100-000 | N/A | 203.62 | 203.62 | 12.53 |
| 8 | Lawn Man Services, Inc. | 7100-000 | N/A | 2,307.50 | 2,307.50 | 141.95 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $239,601.46 | $239,601.46 | $14,739.60 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-36103  
**Case Name:** DELFINO, WAYNE J.  
                DELFINO, VALERIE K.  
**Period Ending:** 05/27/14

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 09/02/11 (f)  
**§341(a) Meeting Date:** 09/30/11  
**Claims Bar Date:** 05/14/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Genisys Credit Union Acct. ending 5266<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank checking account no. ending 0013<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Landlord - security deposit<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,900.00 | 0.00 | | 0.00 | FA |
| 4 | household furnishings consisting of 3 couches, 3<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Framed family pictures<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 6 | clothing<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding ring<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Teachers' Retirement System of the State of Illi<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 9 | $25,000 inheritance from Aunt - Constance C. Sch<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 25,000.00 | | 25,000.00 | FA |
| 10 | Interest in litigation known as Wayne Delfino v.<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 1998 BMW 528i<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2000 BMW 740i | 3,000.00 | 600.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-36103
**Case Name:** DELFINO, WAYNE J.
DELFINO, VALERIE K.
**Period Ending:** 05/27/14

**Trustee:** (520171) JOHN E. GIERUM
**Filed (f) or Converted (c):** 09/02/11 (f)
**§341(a) Meeting Date:** 09/30/11
**Claims Bar Date:** 05/14/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12  Assets  Totals (Excluding unknown values) | $13,850.00 | $25,650.00 | | $25,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

TFR approved and checks sent out 1/14.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013     **Current Projected Date Of Final Report (TFR):** December 3, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-36103 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | DELFINO, WAYNE J. | | Bank Name: | The Bank of New York Mellon |
| | DELFINO, VALERIE K. | | Account: | ****-******32-65 - Checking Account |
| Taxpayer ID #: | **-***6312 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/27/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/10/12 | {9} | The Estate of Constance Schall | Inheritance | 1129-000 | 25,000.00 | | 25,000.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.32 | 24,972.68 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.17 | 24,921.51 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.36 | 24,872.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.07 | 24,816.08 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.15 | 24,766.93 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.13 | 24,712.80 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.32 | 24,660.48 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.16 | 24,613.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.47 | 24,557.85 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.32 | 24,507.53 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.54 | 24,458.99 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 24,458.99 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,458.99 | |
| | | | Subtotal | | 25,000.00 | 541.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,000.00 | $541.01 | |

{} Asset reference(s)                                                                      Printed: 05/27/2014 03:37 PM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-36103 | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** DELFINO, WAYNE J. | **Bank Name:** The Bank of New York Mellon |
| DELFINO, VALERIE K. | **Account:** ****-******32-66 - Checking Account |
| **Taxpayer ID #:** **-***6312 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/27/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                          Printed: 05/27/2014 03:37 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-36103  
**Case Name:** DELFINO, WAYNE J.  
DELFINO, VALERIE K.  
**Taxpayer ID #:** **-***6312  
**Period Ending:** 05/27/14

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,458.99 | | 24,458.99 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.51 | 24,421.48 |
| 02/08/13 | 11001 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #11-36103, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 27.06 | 24,394.42 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.76 | 24,361.66 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.87 | 24,327.79 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.32 | 24,290.47 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.10 | 24,254.37 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.55 | 24,221.82 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.32 | 24,183.50 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.78 | 24,148.72 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.57 | 24,115.15 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.15 | 24,077.00 |
| 11/13/13 | 11002 | Illinois Department of Revenue | Taxes | 5800-000 | | 2,119.38 | 21,957.62 |
| 11/13/13 | 11003 | Department of the Treasury | Taxes | 5800-000 | | 3,968.02 | 17,989.60 |
| 01/16/14 | 11004 | JOHN E. GIERUM | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 14,739.60 |
| 01/16/14 | 11005 | Illinois Department of Revenue | First and Final Distribution | 7100-000 | | 94.73 | 14,644.87 |
| 01/16/14 | 11006 | Atlas Acquisitions LLC (Sears - Sears) | First and Final Distribution | 7100-000 | | 321.28 | 14,323.59 |
| 01/16/14 | 11007 | Eastern Savings Bank | First and Final Distribution | 7100-000 | | 14,013.81 | 309.78 |
| 01/16/14 | 11008 | Bannockburn Radiology Center | First and Final Distribution | 7100-000 | | 42.34 | 267.44 |
| 01/16/14 | 11009 | Capital One Bank (USA), N.A. | First and Final Distribution | 7100-000 | | 112.96 | 154.48 |
| 01/16/14 | 11010 | Department of the Treasury | First and Final Distribution | 7100-000 | | 12.53 | 141.95 |
| 01/16/14 | 11011 | Lawn Man Services, Inc. | First and Final Distribution | 7100-000 | | 141.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 24,458.99 | 24,458.99 | $0.00 |
| | | | Less: Bank Transfers | | 24,458.99 | 0.00 | |
| | | | Subtotal | | 0.00 | 24,458.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $24,458.99 | |

{} Asset reference(s) 

Printed: 05/27/2014 03:37 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 11-36103 | | **Trustee:** | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| **Case Name:** | DELFINO, WAYNE J. | | **Bank Name:** | Rabobank, N.A. |
| | DELFINO, VALERIE K. | | **Account:** | ******6265 - Checking Account |
| **Taxpayer ID #:** | **-***6312 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/27/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******32-65** | 25,000.00 | 541.01 | 0.00 |
| **Checking # ****-******32-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ******6265** | 0.00 | 24,458.99 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)                                                                                          Printed: 05/27/2014 03:37 PM    V.13.15